LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff
TONY MARTINEZ

THOMAS D. WALKER, SBN 73050
LAW OFFICES OF THOMAS D. WALKER
10030 Fair Oaks Boulevard
Fair Oaks, CA 95628
Telephone: (916) 967-7799
Facsimile: (916) 967-7329

Attorney for Defendant,
LA SUPERIOR SUPER MERCADOS

SHANE SINGH, SBN 202733
KRING & CHUNG, LLP
2151 River Plaza Drive, Suite 310
Sacramento, CA 95833
Telephone: (916) 564-7000
Facsimile: (916) 564-6000

Attorney for Defendant
LAWRENCE PROPERTIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

    Plaintiff,

    vs.

LA SUPERIOR SUPER MERCADOS;
LAWRENCE PROPERTIES,

    Defendants.
_____/

Case No. CIV.S. 05-1041 FCD PAN

**STIPULATION OF DISMISSAL AND ORDER AS TO DEFENDANT LA SUPERIOR SUPER MERCADOS ONLY**

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Tony Martinez, and defendant, La Superior Super Mercados, the parties hereby request that **defendant La Superior Super Mercados only** be dismissed with prejudice from the above-entitled action.

Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant **La Superior Super Mercados**.

Dated: November 9, 2005					LAW OFFICES OF LYNN HUBBARD, III

								/s/ Scottlynn J Hubbard, IV
								SCOTTLYNN J HUBBARD, IV
								Attorneys for Plaintiff

Dated: October 25, 2005					LAW OFFICES OF THOMAS D. WALKER

								/s/ Thomas Walker
								THOMAS WALKER, ESQ.
								Attorney for Defendant La Superior Super Mercados

Dated: November 11, 2005					KRING & CHUNG LLP

								/s/ Shane Singh
								SHANE SINGH, ESQ.
								Attorney for Defendant Lawrence Properties

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1041FCD PAN, is hereby dismissed with prejudice as to defendant **La Superior Super Mercados only**.

Dated: November 30, 2005					/s/ Frank C. Damrell Jr.
								United States District Court Judge

Stipulation of Dismissal and [Proposed] Order                                               Martinez v. La Superior, et al.
                                          - 2 -                                             CIV. S-05-1041 FCD PAN